IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BANK OF HAYS and REI SUBSIDIARY CDE 22, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CSR WORLDWIDE OK, INC.; et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. CV-23-196-DES<br>)<br>)<br>)<br>) |

## OATH OF RECEIVER

I, David R. Payne of D.R. Payne & Associates, Inc., the Receiver appointed by the Court in the above-entitled cause on October 13, 2023, do solemnly swear that I will faithfully perform and discharge my duties as such Receiver, and that I will well and faithfully account for all property and money that may come into my control as such Receiver, and that I will obey the Orders of the Court entered in said case.

_____
David R. Payne
Court-Appointed Receiver
119 N. Robinson Ave., Suite 400
Oklahoma City, OK 73102
Telephone: (405) 272-0511

Signed and sworn to before me this 18th day of October, 2023.

_____
NOTARY PUBLIC

My Commission No.: 06006709
Expires: 07/12/2026

[SEAL]